UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO QUIRARTE,<br>a.k.a. ARMANDO QUIRARTE-RAMOS,<br><br>        Petitioner,<br><br>  v.<br><br>LINDA SANDERS (Warden),<br><br>        Respondent. | No. CV 11-485-CJC(CW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed.[1] The court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**: (1) that Respondent's motion to dismiss (docket no. 10, filed March 25, 2011) be granted; and (2) that

---

[1] Orders sent to all known addresses for Petitioner have been returned in the mail as undeliverable. The court has no other address for Petitioner.

judgment be entered dismissing this action for lack of subject matter jurisdiction.

DATED: December 22, 2011

CORMAC J. CARNEY
United States District Judge