UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO QUIRARTE,<br>a.k.a. ARMANDO QUIRARTE-RAMOS,<br><br>            Petitioner,<br><br>   v.<br><br>LINDA SANDERS (Warden),<br><br>            Respondent. | No. CV 11-485-CJC(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction.

DATED: *December 22, 2011*

                                                          CORMAC J. CARNEY<br>                                        United States District Judge